UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, *as Trustee for the Certificateholders of Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AHL2*,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VIRTIS LEWIS, *et al.*,<br><br>　　　　Defendants. | Case No. 12-cv-715-JPG-DGW |

**MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes. The United States removed this foreclosure action from state court on June 15, 2012. Plaintiff's counsel Patrick T. Schuette is not admitted to practice in this district and has not registered as a CM/ECF user. On June 15, 2012, the Clerk's Office sent Schuette a letter informing him that he must seek admission to practice in this district and register with CM/ECF or he would not receive copies of filings in the case. As of July 9, 2012, Schuette had not taken any action. On that date, the Clerk's Office called Schuette at the number provided on his pleadings and reached an answering machine.

Non-*pro se* parties in cases in this Court must be represented by members of the bar of this Court. *See* Local Rule 83.1(e). Those attorneys must be registered to use CM/ECF unless specifically exempted by the Court for good cause. *See* Electronic Filing Rule 1. Schuette has not observed either of these rules. Therefore, the Court **ORDERS** that on or before July 20, 2012, Schuette either (1) to seek admission to practice in this district, either *pro hac vice* or generally, and to register with CM/ECF or (2) arrange for new counsel who is admitted to practice in this Court and who is registered with CM/ECF to enter an appearance for the plaintiff. If he does not

take either of these actions, the Court will dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failure to follow a court order.

The Court further **DIRECTS** the Clerk of Court to send Schuette a copy of this order but to cease sending him copies of any other filings in the case.

**IT IS SO ORDERED.**
**DATED: July 12, 2012**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**