UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, *as Trustee for the Certificateholders of Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AHL2*, <br><br>   Plaintiff, <br><br>   v. <br><br> VIRTIS LEWIS, *et al.*, <br><br>   Defendants. | Case No. <br> 12-cv-715-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. On July 12, 2012, the Court noted that plaintiff's counsel Patrick T. Schuette is not admitted to practice in this district and has not registered as a CM/ECF user, both of which are required in order to practice before this Court. The Court ordered that on or before July 20, 2012, Schuette either (1) seek admission to practice in this district, either *pro hac vice* or generally, and register with CM/ECF or (2) arrange for new counsel who is admitted to practice in this Court and who is registered with CM/ECF to enter an appearance for the plaintiff. It further warned him that if he did not take either of these actions, the Court would dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failure to follow a court order.

Schuette has taken neither of the options ordered by the Court. Accordingly, as it warned it would do, the Court **DISMISSES** this action **without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failure to follow a court order. The Court further **DIRECTS** the Clerk of Court to enter judgment accordingly and to send Schuette a copy of this order and the judgment.

**IT IS SO ORDERED.**
**DATED: July 25, 2012**

                                                 s/J. Phil Gilbert
                                                 **J. PHIL GILBERT**
                                                 **DISTRICT JUDGE**