UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, *as Trustee for the Certificateholders of Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AHL2*,<br><br>    Plaintiff,<br><br>       v.<br><br>VIRTIS LEWIS, RENITA M. STRICKLAND, UNITED STATES OF AMERICA, STATE OF ILLINOIS, VILLAS OF ESIC CONDOMINIUM ASSOCIATION, NFP, and UNKNOWN OWNERS-TENANTS AND NON-RECORD CLAIMANTS,<br><br>    Defendants. | No. 12-cv-715-JPG-DGW |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: July 25, 2012**           NANCY J. ROSENSTENGEL, Clerk of Court

                                                   **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**